1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff
6  Hans Tresvan

7

8           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9                  **WESTERN DIVISION**

10

11 HANS TRESVAN,                      ) Case No.: CV 09-3651 PJW
                                      )
12        Plaintiff,                  ) [PROPOSED] ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                 ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
15                                    )
          Defendant                   )
16 _____    )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, IT IS ORDERED that EAJA are awarded the amount
19
   of TWO THOUSAND SEVEN HUNDRED DOLLARS ($2,700.00), subject to the
20
   terms of the stipulation.
21

22
   DATE:  September 28, 2010
23
                                    _____
24                                  THE HONORABLE PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-